1  Russell Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:    (415) 431-4526
4
   Attorneys for Plaintiff
5  JOHNNIE DAVIS

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHNNIE DAVIS,                           ) No.   C-05-1341-MMC
                                             )
12 |        Plaintiff,                       ) **STIPULATION ALLOWING PLAINTIFF**
                                             ) **TO FILE FIRST AMENDED**
13 | v.                                      ) **COMPLAINT AND MUNICIPAL**
                                             ) **DEFENDANT TO RESPOND; ORDER**
14 | CITY AND COUNTY OF SAN FRANCISCO;       ) **[DEMAND FOR JURY TRIAL]**
    OFFICER SCHAFFER (#1749); OFFICER        )
15 | ETCHEBER (#1821); OFFICER NASTARI        )
    (#1766); OFFICER TRAIL (#921); INSP.     )
16 | HALLORAN (#772); and, DOES 1-60,         )
                                             )
17 |        Defendants.                      )
    _____  )

18

19     PLAINTIFF AND DEFENDANT CITY & COUNTY OF SAN FRANCISCO HEREBY

20 STIPULATE, THROUGH COUNSEL OF RECORD, AS FOLLOWS:

21     Counsel for the stipulating parties have met and conferred over status of the pleadings,

22 specifically the proposed complaint Plaintiff included as an attachment in his motion for leave to

23 file a first amended complaint. Counsel for the City & County of San Francisco has agreed to

24 permit filing of a revised version of that first amended complaint, a true and correct copy of

25 which is attached hereto.

26
_____
STIPULATION ALLOWING PLAINTIFF TO FILE FIRST
AMENDED COMPLAINT AND MUNICIPAL DEF.
TO RESPOND; ORDER
*Davis v. San Francisco, et al. (No. C-05-1341)*          - 1 -                    03-0018P003.STIP

1  The City & County of San Francisco shall respond to the attached proposed amended
2  complaint after filing and service by mail on the Office of the City Attorney.

4  Date:   09/15/05                         /S/
                                            Law Office of Russell A. Robinson
5                                           Attorneys for Plaintiff
                                            JOHNNIE DAVIS

8  Date:   09/14/05                         /S/
                                            PETER J. KEITH, Deputy City Attorney
                                            City & County of San Francisco
9                                           Attorneys for Defendant
                                            CITY & COUNTY OF SAN FRANCISCO

## ORDER

Good cause appearing, the Court hereby orders as follows:

Plaintiff may electronically file the proposed first amended complaint (as revised), and shall serve it by mail on counsel for Defendant City & County of San Francisco. The October 7, 2005 hearing on plaintiff's motion for leave to amend is hereby VACATED.

**IT IS SO ORDERED.**

Date: September 16, 2005

*[signature]*
HONORABLE MAXINE M. CHESNEY
JUDGE, USDC Northern Dist. Of Cal.

---

STIPULATION ALLOWING PLAINTIFF TO FILE FIRST
AMENDED COMPLAINT AND MUNICIPAL DEF.
TO RESPOND; ORDER
*Davis v. San Francisco, et al. (No. C-05-1341)*                - 2 -                03-0018P003.STIP